Michael W. ROGERS, Plaintiff—
Appellant,

and

Reba L. Rogers, Plaintiff,

v.

UNITRIN AUTO AND HOME INSUR-
ANCE COMPANY, d/b/a Kemper Auto
and Home; American Manufacturers
Mutual Insurance Company; Lumber-
mens Mutual Casualty Company, De-
fendants—Appellees.

No. 05–2102.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2006.

Decided March 28, 2006.

Michael W. Rogers, Appellant Pro Se.
Tracy Lynn Eggleston, Garrett John McA-
voy, Cozen O'Connor, Charlotte, North
Carolina, for Appellee.

Before WILKINSON, NIEMEYER,
and LUTTIG, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Michael W. Rogers appeals the magis-
trate judge's order granting summary
judgment to Defendants in his breach of
contract action. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the magistrate judge.* *See Rogers v. Un-
itrin Auto & Home Ins. Co.*, No. CA–04–
41–5 (W.D.N.C. Aug. 22, 2005). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*

---

* The parties consented to jurisdiction of the    magistrate judge under 28 U.S.C. § 636(c).